USA V.

Byron McDade
U.S.M.# 23830-016
FCI Loretto
Post Office Box 1000
Loretto, PA 15940

Copies to: Judge
AUSA - Special Proceedings
D??.

FILED
JAN - 5 2010
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Let this be filed
Paul L. Friedman
1/5/10

United States District Court
for the District of Columbia

District Clerk's Office
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001-2866

RE: Post Conviction Appeal Conflict of Interest; Case No. 05-0555

To whom it may concern:

This correspondence is to provide this Honorable Court notice that I am seeking assistance to have the current court appointed counsel removed or dismissed from the above cause for the following reasons below.

To begin, my § 2255 proceeding was denied after an evidentiary was held, on August 5, 2009, in the United States District Court fo the District of Columbia.

Thereafter, the Court appointed counsel to represent me on a appeal and in seeking a certificate of appealability from the denial of said order.

However, prior to being appointed counsel, I sought assistance from a prison or jailhouse lawyer to help me prepare a petition for a certificate of appealability (COA). The COA was completed and then I received notice from court appointed counsel,

Thereafter, I forwarded a copy of the COA to said counsel with instructions to submit the COA that I had provided. Then on or about, December 2nd, 2009, after several communications with counsel. Counsel notified me that I should consider helping myself by cooperating with the government because I have no chance of prevailing on any substantive errors committed in my case.

I then made clear to said counsel that I have been incarcerated for approximately 9 years and that his concerns with me cooperating with the government conflicts with my COA issues. Counsel then stated, "you have alot of time, maybe we can work with something no matter how much or small the information you may have," to provide the government.

However, Counsel then notified me that the COA had been submitted and that he had forwarded me a copy.

On or about December 4th, 2009 after receiving a copy of counsel's submitted COA. I discovered that the COA submitted had completed deviated from the facts and theory addressing my specific issue(s). It appeared that counsel's duty or obligation was with the government, because the submitted COA as is, seeks to provide this court with a prejudicial vision of me, in comparison with a government opposition brief, rather to enlighten this Honorable Court with actual viable facts.

I then contacted said counsel, via prison legal telephone call, and expressed my concerns. Counsel's wife intervened, being an attorney, as well, had explained that she had actually prepared the COA after being apprised of the case by her husband.

It must be noted, that Counsel had notified me that he had not even obtained the evidentiary transcripts and his wife told my wife that she had the transcripts.

This is a clear ploy by counsel to deny me the privilege or right to seek redress with the government of the violations that occurred in my criminal case. It is further apparent that there is an appointed counsel conflict of interest in this case, because the presently appointed counsel personal interest is to act as an advocate on behalf of the government and refused to honor my instructions and denied me the opportunity to participate in my own defense or protections of my rights by submitting a halfhearted and government based theory to seek a COA on my behalf.

Relief Requested: To be allowed to submit my own COA request and that currently appointed counsel is removed or dismissed from the present case or to appoint new counsel who has an interest in protecting his client's interest first.

NOTE: Please understand that it is not my intent to hinder or delay the court's time with these serious errors, but it must be understood that this is a grave stage of the § 2255 proceedings and counsel have demonstrated a conflict has arisen and it must be addressed before adjudication of the COA request.

Respectfully submitted,

*By [signature]*
Byron McDade
Petitioner, pro se

Date: December 9, 2009

cc: U.S. District Judge, Paul L. Friedman