UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 00-0105 (PLF) |
| | ) | Civil Action No. 13-1066 (PLF) |
| BYRON LAMONT MCDADE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

For the reasons set forth in the Memorandum Opinion issued this same day, it is hereby

ORDERED that the United States' Motion to Transfer [Dkt. No. 411] Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is GRANTED, and the defendant's Section 2255 motion [Dkt. No. 408] shall be transferred, pursuant to 28 U.S.C. §§ 1631 and 2255, to the United States Court of Appeals for the District of Columbia Circuit, so that the court of appeals may determine whether to authorize the filing of the defendant's motion for relief; and it is

FURTHER ORDERED that, consistent with Part II of the Memorandum Opinion accompanying this Order, Mr. McDade's court-appointed counsel, Christopher M. Davis and Mary E. Davis, are encouraged to represent Mr. McDade in pursuing clemency as a part of the new clemency initiative recently announced by the Department of Justice. The Court is confident that they will receive cooperation from the Federal Public Defender for the District of Columbia and from

the organizations that have joined together to form Clemency Project 2014, which was established to answer Deputy Attorney General Cole's appeal to the Bar.

SO ORDERED.

DATE: April 29, 2014

/s/_____
PAUL L. FRIEDMAN
United States District Judge